UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES PLONSKER,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL ASSET RECOVERY SERVICES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>) Case No. 08 CV 3305<br>) (Removal from Cook County Circuit<br>) Court, Case No. 08 CH 18254)<br>)<br>) Judge Joan Humphrey Lefkow<br>)<br>) Magistrate Judge Maria G. Valdez<br>)<br>) |

### NOTICE OF MOTION

TO:    Tracy E. Stevenson
          Andres J. Gallegos
          Robbins, Salomon & Patt, Ltd.
          25 East Washington Street, Suite 1000
          Chicago, IL 60602

      PLEASE TAKE NOTICE that on Thursday, July 31, 2008 at 9:30 a.m., the undersigned counsel for Defendant shall appear before the Honorable Judge Joan Humphrey Lefkow in Courtroom 1925 of the U.S. District Court for the Northern District of Illinois, and shall then and there present **Defendant's Motion for Reassignment Based Upon Relatedness,** a copy of which is served upon you.

                                                                       Respectfully submitted,

                                                                      **NATIONAL ASSET RECOVERY SERVICES, INC.**

                                                                      By:   /s/Donald J. Vogel
                                                                             One of its Attorneys

Donald J. Vogel, ARDC # 6191438
Sara L. Pettinger, ARDC # 6204647
Adam C. Smedstad, ARDC # 6210102
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
Main: (312) 255-7200
Facsimile: (312) 422-1224

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this 18th day of July, 2008 served a true and correct copy of the foregoing through the electronic case filing system of the United States District Court for the Northern District of Illinois to the following counsel:

Tracy E. Stevenson
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago, IL 60602

and via First Class U.S. Mail to:

Andres J. Gallegos
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago, IL 60602

                            /s/Donald J. Vogel