**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James Plonsker
                                Plaintiff,

v.                                            Case No.: 1:08−cv−03305
                                                      Honorable Joan H. Lefkow

National Asset Recovery Services, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/31/2008 and continued to 9/18/2008 at 09:30 AM. Motion hearing held on 7/31/2008. Defendant's motion to reassign Case No. 08 C 4033 [13] is granted insofar as the court makes a finding of relatedness and will recommend reassignment to the Executive Committee. Plaintiff shall file an amended complaint by 8/14/2008. Defendant shall answer or otherwise plead by 9/4/2008. Case No. 08 C 4033 will be dismissed after the amended complaint is filed in Case No. 08 C 3305.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.