**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES PLONSKER, ) | |
| ) | Case No. 08 CV 3305 |
| Plaintiff, ) | (Removal from Cook County Circuit |
| ) | Court, Case No. 08 CH 18254) |
| vs. ) | |
| ) | Hon. Judge Joan Humphrey Lefkow |
| NATIONAL ASSET RECOVERY ) | |
| SERVICES, INC., a Missouri corporation, ) | Magistrate Judge Maria G. Valdez |
| and GREG CAPPA, individually and as ) | |
| agent for National Asset Recovery Service, ) | |
| Inc., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

     I hereby certify that on August 12, 2008, I electronically filed the Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald Joseph Vogel
dvogel@scopelitis.com

Adam Carl Smedstad
asmedstad@scopelitis.com

Sara L. Pettinger
spettinger@scopelitis.com

                              /s/Tracy E. Stevenson
                              Robbins, Salomon & Patt, Ltd.
                              25 East Washington Street, Suite 1000
                              Chicago, IL   60602
                              312-782-9000
                              ARDC No. 06207780
                              e-mail: testevenson@rsplaw.com